# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 18-0792-DOC (KESx)　　　　　　　　　　Date: July 20, 2018

Title: EVOLUSION CONCEPTS, INC. V ISAAC LAY

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):　ORDER RE NOTICE OF SUGGESTION OF BANKRUPTCY OF DEFENDANT ISAAC LAY [23]**

　　　The Court has been advised that prosecution of this action has been stayed by the filing of a bankruptcy petition by Defendant. See 11 U.S.C. § 362. This matter is inactivated statistically and all pending matters are now stayed and/or taken off calendar pending resolution of Bankruptcy Court proceedings. The parties shall submit a request and proposed order when it is appropriate to restore this matter to the Court's active caseload.

　　　The Clerk shall serve this minute order on the parties.